Finding no error in the record, the judgment is affirmed.

PER CURIAM. The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

## WEBB v. STATE. (No. 12382.)

Court of Criminal Appeals of Texas. Jan. 16, 1929.

Tipps, Puckitt & Keller, of Dallas, for appellant.

A. A. Dawson, State's Atty., of Austin, for the State.

LATTIMORE, J. Conviction for aggravated assault; punishment, confinement in the county jail for a period of 270 days.

The record is before us without any statement of facts or bills of exception. The complaint and information being regular, and being followed by the charge of the court, the verdict, and judgment, there is nothing left for this court to do but to order an affirmance, which is accordingly done.